**Opinion issued February 20, 2014**



In The

## Court of Appeals

For The

## First District of Texas

———————

NO. 01-13-01009-CR

———————

**GLENN DEWAYNE PRUDUNN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1352335**

---

**MEMORANDUM OPINION**

Counsel for appellant, Glenn Dewayne Prudunn, has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).